# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1578. IN THE INTEREST OF A. S. L., A CHILD (MOTHER).**

This appeal was docketed on June 7, 2021. The appellant's brief and enumeration of errors were due to be filed no later than June 27, 2021. Court of Appeals Rules 22 (a) and 23 (a). Appellant has not timely filed a brief and enumeration of errors, and no extension of time for filing has been filed. Accordingly, this appeal is DISMISSED.  Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/12/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*